**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUAN CORREA GUTIERREZ,

Petitioner,

v.

B. BIRKHOLZ, et al.,

Respondents.

No. 2:25-cv-7551-SSS (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Respondents' Motion to Dismiss the Petition, Petitioner's Reply, Petitioner's Motion for Status Report or Hearing, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case. Respondents expressly do not object to the Report and Recommendation, but assert that the Petition is now moot. See Doc. No. 22. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(A) Respondents' Motion to Dismiss the Petition (Doc. No. 14) is DENIED,

(B) Petitioner's Motion for Status Report or Hearing (Doc. No. 19) is DENIED, and

/ / /

(C) Respondents shall answer the Petition on the merits (including addressing Petitioner's contention regarding invalidity of the Final Order of Removal) within 30 days of the date of this Order. Respondents may also raise in their Answer their mootness argument(s).

IT IS SO ORDERED.

DATED: August 31, 2026

HON. SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE